United States District Court
Southern District of Texas
**ENTERED**
February 26, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ZENA MILLER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:20-CV-2226 |
| | § | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA,** | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Zena Miller to dismiss all claims against Defendant Life Insurance Company of North America, with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Zena Miller's Motion to Dismiss all claims against Defendant Life Insurance Company of North America, with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

**SIGNED** this 26th day of February, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

2995958v.1

**APPROVED AND ENTRY REQUESTED:**

**J. PRICE MCNAMARA**

s/J Price McNamara

---

J. Price McNamara
Bar No.: LA 20291 & Tx 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
225-201-8311 (telephone)
225-612-6973 (fax)
ATTORNEY-IN CHARGE FOR PLAINTIFF
ZENA MILLER


**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**

*Linda Wills*

---

Linda P. Wills
State Bar No. 21661400
Fed. Bar No. 12566
909 Fannin Street, Suite 3300
Houston, Texas 77010
713/353-2000
713/785-7780 Fax
Email:  Linda.Wills@WilsonElser.com

ATTORNEY-IN-CHARGE FOR DEFENDANT
LIFE INSURANCE COMPANY OF NORTH AMERICA